IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, in its individual capacity and as subrogee of JP MORGAN BANK, N.A., successor to WASHINGTON MUTUAL BANK, F.A., | : : : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| VINCENT E. CRAVEN, Jr., et. al., | : : | NO.  12-4306 |
| Defendants. | : | |

## ORDER

**AND NOW**, this *19th* day of *January*, 2016, upon consideration of the Third Motion by Third-party Defendants Bruce G. Taylor and Whitford Land Transfer Co., Inc. (collectively, "Third-Party Defendants") for Summary Judgment (Docket No. 86), the Response of Third-party Plaintiff Tammi M. Torbik (Docket No. 87), and Third-party Defendants' Reply Brief (Docket No. 88), it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety.

**JUDGMENT IS ENTERED** in favor of Third-party Defendants and against Third-party Plaintiff.  This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

  *s/ Ronald L. Buckwalter*
  RONALD L. BUCKWALTER, S.J.